plaintiff must, in the *first instance*, put on the record, as what he is *bound* to discover on *oyer* prayed by the defendant, and also whatever the defendant may *elect* to allege *himself* instead of *praying oyer* of it from the plaintiff, but of which, if it had been prayed, the plaintiff was bound to give *oyer*. *Thel. Dig. lib.* 10. *ch.* 4. *Brown. Lat. red.* 1. *pl.* 3. *Id.* 2. *pl.* 6. *Form. bene. plac.* 3. If the law is so, and I am inclined to think it is, then it is fatal to the defendant's plea; because, (and which it is to be remarked, is decisive, that the *process* is not *continued* from the one court to the other, there being no such thing, where a cause hath been removed by *habeas corpus* as *oyer* in the suit in the court above of any of the matters in the suit in the court below,) the defendant hath no legal *means* to make the matter *of variance* (for of that *nature* is the *matter* of the plea in this case,) appear on the record. *Theloal's Dig. lib.* 9. *chap.* 5.

I wish, however, to be considered, as not having come to a decided judgment, on this point; my opinion against the defendant, is grounded, wholly on what I have previously advanced.

I think the plea is insufficient, and therefore, that the defendant answer over.

B.

### Price v. Evers.

IN the court of errors, 1796. Error from the supreme court on a judgment in *assumpsit* by default.

The plaintiff in the court below had in the *in toto at-* *tingens* on the roll, taken judgment for six-pence less than the amount of the damages and costs found by the jury, and the costs of increase. The following judgment was thereupon entered in this court, viz. " This court having heard counsel on both sides, and " due consideration having been had of what was of- " fered on either side, in this cause, and one of the " causes of error assigned being a *miscasting* by the " defendant in error, it is thereupon *ordered* by this " court, that the record in this cause be amended, " whereby to correct such miscasting, as follows, " that is to say, by striking out the word *ten* in the " judgment between the word *pounds* and the word " *shillings*, and inserting the word *eleven* instead " thereof ; and by striking out the words *and six-* " *pence*, after the said word *shillings*. And it is " thereupon further *ordered* and adjudged by this " court, that the said judgment given in the said su- " preme court be and hereby is affirmed : and that " the transcript of the said record so amended, be re- " mitted, to the end that the record remaining in the " said supreme court be also amended in like man- " ner : and that execution may be thereupon had ac- " cordingly. And it is further *ordered*, that the de- " fendant in error pay to the plaintiff in error, his " costs of prosecuting the said writ of error to be " taxed."